# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT W. McKENNEY,** )<br>    )<br>    **PETITIONER** )<br>    )<br>**v.** )<br>    )<br>**CUMBERLAND COUNTY JAIL,** )<br>**ET AL.,** )<br>    )<br>    **RESPONDENTS** ) | **CIVIL NO. 2:12-CV-161-DBH** |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 15, 2012, the United States Magistrate Judge filed with the court, with a copy to the petitioner, her Recommended Decision that the complaint be dismissed for the petitioner's failure to either pay the filing fee or file an application to proceed *in forma pauperis*. The time within which to file an objection to the Recommended Decision expired on July 2, 2012, and no objection has been filed. The Magistrate Judge notified the petitioner that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petitioner's Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 24TH DAY OF JULY, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**